**Samuel J. Frazier, III, Esq., St. Bar No. 80061**
7860 Mount Vernon Road
Auburn, CA 95603
Tel: (530) 888-6500
Email: frazierlaw@aol.com

Attorney for Plaintiff, Mark Albert Fuller

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ALBERT FULLER, | ) CASE NO. 2:19-cv-01447-MCE-EFB |
| | ) [Assigned for all purposes to the |
| Plaintiff, | ) Honorable England/Dept. 7 |
| | ) Action Filed: July 29, 2019 |
| v. | ) |
| | ) **STIPULATION BETWEEN COUNSEL** |
| SONIFI SOLUTIONS, INC.; COLONY | ) **TO DISMISS DEFENDANTS** |
| CAPITAL; AND LODGE NET | ) **COLONY CAPITAL AND LODGE** |
| CORPORATION, and DOES 1 – 250, | ) **NET CORPORATION WITHOUT** |
| inclusive. | ) **PREJUDICE; ORDER THEREON** |
| | ) |
| Defendants. | ) |
| | ) |

    Mark Albert Fuller, by and through his attorney of record, Samuel Jefferson Frazier, III and SONIFI Solutions, Inc., Colony Capital, and Lodge Net Corporation, by and through their attorney of record, Mark Spring, stipulate that the Colony Capital and Lodge Net Corporations defendants may be dismissed without prejudice. This Request for Dismissal comes within the time parameters

///////

///////

///////

STIPULATION AND ORDER                  1                  CASE NO. 2:19-CV-01447-MCE-EFB

to dismiss said defendants without prejudice.

Date: September 3, 2019     By:     /s/ Sam Frazier
                                    Samuel Jefferson Frazier, III
                                    Attorney for Plaintiff


Date: September 3, 2019     By:     /s/ Mark Spring
                                    Mark Spring
                                    Attorney for Defendants


## ORDER

Based on the foregoing stipulation between the parties, and good cause appearing, Defendants Colony Capital and Lodge Net Corporation are hereby dismissed, without prejudice.

IT IS SO ORDERED.

Dated: September 10, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE