1  Samuel J. Frazier, III, Esq. (SBN 80061)
   7860 Mount Vernon Road
2  Auburn, CA 95603
   Telephone:    (530) 888-6500
3  Email: Frazierlaw@aol.com

4  Attorney for Plaintiff
   MARK ALBERT FULLER
5

6  JACKSON LEWIS P.C.
   JAMES T. JONES (SBN 167967)
7  SIERRA VIERRA (SBN 307874)
   400 Capitol Mall, Suite 1600
8  Sacramento, California 95814
   Telephone:    (916) 341-0404
9  Facsimile:    (916) 341-0141
   Email: James.Jones@jacksonlewis.com
10        Sierra.Vierra@jacksonlewis.com

11 Attorneys for Defendant
   SONIFI SOLUTIONS, INC.

12

13                 UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

15 | MARK ALBERT FULLER, | CASE NO. 2:19-cv-01447-MCE-EFB |
|---|---|
| 16      Plaintiff, | **STIPULATION AND ORDER TO** |
| 17     v. | **CONTINUE DEFENDANT SONIFI SOLUTIONS, INC.'S DEADLINE TO RESPOND TO PLAINTIFF'S** |
| 18 SONIFI SOLUTIONS, INC.; COLONY | **COMPLAINT** |
| 19 CAPITAL; AND LODGE NET CORPORATION, and DOES 1 – 250, | |
| 20 inclusive. | |
| 21      Defendants. | Action Filed:   July 29, 2019 Trial Date:      None Set |

22        Pursuant to Local Rule 143, Plaintiff MARK ALBERT FULLER ("Plaintiff") and

23 Defendant SONIFI SOLUTIONS, INC. ("Defendant") stipulate to and request that the Court

24 enter an order, without further notice or hearing, continuing Defendant's deadline to respond to

25 Plaintiff's Complaint up to, and including, November 1, 2019. The parties' stipulation and

26 proposed order is made based on the following facts:

27 ///

28                                                    1

1.      Plaintiff filed the instant action on July 29, 2019. Plaintiff's Complaint originally named three defendants: SONIFI Solutions, Inc., Colony Capital, and Lodge Net Corporation ("Defendants"). Plaintiff alleges ten causes of action in a detailed, 10-page Complaint. (Doc. 1)

2.      Defendants originally retained the services of the firm, Carothers DiSante & Freudenberger LLP, ("prior defense counsel") to provide legal representation in this case. Through prior defense counsel, Defendants executed waivers of service. (Docs. 4-5) The waivers of service set Defendants' response deadline as October 4, 2019.

3.      On September 3, 2019, Plaintiff's counsel and prior defense counsel submitted a Stipulation and Proposed Order to dismiss Defendants Colony Capital and Lodge Net Corporation without prejudice. (Doc. 9) The Court granted the Proposed Order and dismissed Defendants Colony Capital and Lodge Net Corporation without prejudice, leaving Defendant SONIFI Solutions, Inc. as the remaining defendant. (Doc. 10)

4.      On or about September 4, 2019, Defendant retained Jackson Lewis P.C. ("defense counsel") to substitute in as defense counsel for this pending litigation.

5.      Upon retention, defense counsel at Jackson Lewis immediately began gathering information for use in evaluating Plaintiff's Complaint and preparing a responsive pleading. Given the number of causes of action presented, which include allegations of financial fraud, defense counsel requires additional time to prepare a complete response to Plaintiff's Complaint. The current response deadline additionally falls just after the end of Defendant's fiscal quarter. As a result, defense counsel's investigation has been curtailed by business needs and the limited availability of fact witnesses.

6.      Plaintiff's counsel and defense counsel stipulate and agree to extend Defendant's deadline to respond to the Complaint up to, and including, November 1, 2019. This extension of time will not delay the milestone case deadlines set by the Court, and will not prejudice the parties or the Court. For these reasons, the parties seek the Court's approval to extend Defendant's response deadline up to, and including, November 1, 2019.

///

2

STIPULATION AND ORDER TO CONTINUE
DEFENDANT SONIFI SOLUTIONS, INC.'S
DEADLINE TO RESPOND TO PLAINTIFF'S
COMPLAINT

Case No.: 2:19-CV-01447-MCE-EFB

*Fuller v. SONIFI Solutions*

**IT IS SO STIPULATED.**

Dated:  September 27, 2019        SAMUEL J. FRAZIER, III

By: /s/ *Sam Frazier (as authorized on 9.27.19)*
      SAMUEL JEFFERSON FRAZIER, III

Attorney for Plaintiff
MARK ALBERT FULLER

Dated:  September 27, 2019        JACKSON LEWIS P.C.

By: /s/ *Sierra Vierra*
      JAMES T. JONES
      SIERRA VIERRA

Attorneys for Defendant
SONIFI SOLUTIONS, INC.

**IT IS SO ORDERED.**

**DATED:  October 4, 2019**

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE
DEFENDANT SONIFI SOLUTIONS, INC.'S
DEADLINE TO RESPOND TO PLAINTIFF'S
COMPLAINT
                             Case No.:  2:19-CV-01447-MCE-EFB
                             *Fuller v. SONIFI Solutions*