Robert P. Henk (147490)
Sheri L. Leonard (173544)
HENKLEONARD
A Professional Law Corporation
2260 Douglas Blvd, Suite 150
Roseville, CA 95661
Telephone:    (916) 787-4544
Facsimile:    (916) 787-4530
Email: henkleonard@aol.com

Attorneys for Plaintiff
MARK ALBERT FULLER

JACKSON LEWIS P.C.
JAMES T. JONES (SBN 167967)
SIERRA VIERRA (SBN 307874)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:    (916) 341-0404
Facsimile:    (916) 341-0141
Email: James.Jones@jacksonlewis.com
       Sierra.Vierra@jacksonlewis.com

Attorneys for Defendant
SONIFI SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARK ALBERT FULLER,<br><br>Plaintiff,<br><br>v.<br><br>SONIFI SOLUTIONS, INC.; COLONY CAPITAL; AND LODGE NET CORPORATION, and DOES 1 – 250, inclusive.<br><br>Defendants. | CASE NO. 2:19-cv-01447-MCE-JDP<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**<br><br>Action Filed:  July 29, 2019<br>Trial Date:    None Set |
|---|---|

    Plaintiff MARK ALBERT FULLER ("Plaintiff") and Defendant SONIFI SOLUTIONS, INC. ("Defendant") by and through their respective attorneys of record, and pursuant to Local Rules 143 and 144(d) and Federal Rule of Civil Procedure 16(b), hereby stipulate and agree as follows:

///

1

1. Plaintiff filed the instant action on July 29, 2019. (Doc. 1)

2. Just as the parties began their written discovery and deposition planning, Plaintiff's counsel suffered a series of health issues, which prevented either party from proceeding with written discovery or depositions.

3. As a result of counsel's ongoing health issues, Plaintiff engaged additional representation and filed a request for substitution of attorney on April 13, 2020. (Doc. 17)

4. The parties thereafter requested that the Court modify the Court's initial Pretrial Scheduling Order, which had set a fact discovery cutoff of July 28, 2020, an expert witness disclosure deadline of September 28, 2020, and a deadline to file dispositive motions of January 25, 2021. (Doc. 19)  The Court granted the parties' request and re-set the fact discovery cutoff for April 23, 2021, the deadline to submit expert witness disclosures to June 25, 2021, and the deadline to file dispositive motions to October 29, 2021. (Doc. 21)

5. Between October 2020 and January 2021, the parties engaged in settlement negotiations. The parties were unable to reach a resolution at that time and turned their energies to discovery. The parties have exchange initial sets of written discovery requests and have met and conferred to discuss depositions.

6. The parties recently re-engaged in settlement negotiations. Should the parties be unable to mutually resolve this matter amongst themselves, the parties have agreed to attend non-binding mediation.

7. In view of the parties' ongoing settlement negotiations and agreement to mediate, the parties are reluctant to expend further time and resources litigating the action and have agreed to mutually stay discovery amongst themselves while they engage in settlement negotiations.

8. The parties are requesting that the deadlines for completing fact discovery and disclosing expert witnesses be continued for up to ninety (90) days, or as otherwise provided by the Court, while the parties engage in settlement negotiations and possibly mediation. If the parties' case resolution efforts are unsuccessful, they will need to complete written discovery, take depositions, and evaluate the need for and retain expert witnesses.

///

9. The parties will not be prejudiced by a continuance of the current pre-trial deadlines.

**NOW THEREFORE**, the parties, through their respective counsel, jointly propose and stipulate to the following: The deadlines in the Pretrial Scheduling Order previously set forth by the Court shall be revised as follows, or set on such other dates as the Court determines:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Fact Discovery Closes | April 23, 2021 | July 22, 2021 |
| Expert Witness Disclosures Due | June 25, 2021 | September 23, 2021 |

**IT IS FURTHER STIPULATED AND AGREED** between the parties that all other provisions of the Pretrial Scheduling Order of July 29, 2019 and Amended Scheduling Order of May 11, 2020 shall remain in effect.

**IT IS SO STIPULATED.**

Dated: March 16, 2021                HENKLEONARD

By: /s/ *Robert P. Henk [as authorized on 3/16/2021]*
    ROBERT P. HENK
    SHERI L. LEONARD

Attorneys for Plaintiff
MARK ALBERT FULLER

Dated: March 17, 2021                JACKSON LEWIS P.C.

By: /s/ *James T. Jones*
    JAMES T. JONES
    SIERRA VIERRA

Attorneys for Defendant
SONIFI SOLUTIONS, INC.

/ / /

/ / /

/ / /

/ / /

/ / /

# **ORDER**

**FOR GOOD CAUSE SHOWN**, and pursuant to the Stipulation of the parties, the deadlines in the Pretrial Scheduling Order (Doc. 3) and Amended Scheduling Order (Doc. 21) previously set forth by the Court are revised as follows:

1. Fact discovery, presently scheduled to close on April 23, 2021, will now close on July 22, 2021.

2. Expert witness disclosures, presently due on June 25, 2021, are now due on September 23, 2021.

IT IS SO ORDERED.

Dated: March 29, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE